**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| TWC CONCRETE, LLC, | )<br>) |
| Plaintiff, | )<br>) Case No.: 1:23-cv-00345<br>) |
| v. | ) Judge McFarland<br>) |
| ANTHONY DECARLO, JR., et al., | )<br>) **STIPULATED DISMISSAL** |
| Defendants. | )<br>)<br>) |

Now comes Plaintiff TWC Concrete, LLC ("TWC") and Defendants Anthony DeCarlo, Jr., and Dominion Concrete Services, LLC ("Defendants") to inform the court that the parties have reached a settlement which fully satisfies and releases all claims in this matter. The parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned action, including all claims and counterclaims therein, is dismissed with prejudice, with no award of attorney fees or costs to either party.

Respectfully submitted,

| | |
|---|---|
| */s/ W. Breck Weigel* | */s/ Michael A. Roberts* |
| W. Breck Weigel (0030160) | Michael A. Roberts (0047129) |
| Jeffrey W. DeBeer (0089499) | Kellie A. Kulka (0095749) |
| Ellen H. Phillips (0097757) | Augustus B. Flottman (0096102) |
| SQUIRE PATTON BOGGS (US) LLP | BRICKER GRAYDON LLP |
| 201 E. Fourth St., Suite 1900 | 312 Walnut Street, Suite 1800 |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| Telephone: +1 513 361 1200 | Telephone: +1 513 621 6464 |
| Facsimile: +1 513 361 1201 | Fax: +1 513 333 4330 |
| E-mail: breck.weigel@squirepb.com | E-mail: MRoberts@brickergraydon.com |
| jeffrey.debeer@squirepb.com | KKulka@brickergraydon.com |
| ellen.phillips@squirepb.com | AFlottman@brickergraydon.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |